**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 13-40801 | LWD | Judge: | Lamar W. Davis Jr. | Trustee Name: | Benjamin R. Roach, Trustee |
| Case Name: | ROBERT WILLIAM PLANK | | | | Date Filed (f) or Converted (c): | 05/05/2013 (f) |
| | SUSAN CRAPSE PLANK | | | | 341(a) Meeting Date: | 06/13/2013 |
| For Period Ending: | 07/11/2016 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  FINANCIAL ACCOUNTS - Coastal Bank checking | 200.00 | 0.00 | | 0.00 | FA |
| 2.  HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 3.  WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 4.  FURS, JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| 5.  GUNS - 2 pistols, hunting rifle, AR-15 | 800.00 | 0.00 | OA | 0.00 | FA |
| 6.  RETIREMENT/PENSION - 401k, gas company | 20,000.00 | 0.00 | | 0.00 | FA |
| 7.  RETIREMENT/PENSION - 401k, Sheriff's Dept. | 23,000.00 | 0.00 | | 0.00 | FA |
| 8.  VEHICLE - 1998 Chevy C-1500 | 2,500.00 | 0.00 | OA | 0.00 | FA |
| 9.  VEHICLE - 2002 Acura MDX | 4,000.00 | 0.00 | OA | 0.00 | FA |
| 10.  VEHICLE - 2009 HD Electra Glide | 14,000.00 | 0.00 | OA | 0.00 | FA |
| 11.  LAWSUITS - v. Effingham County (u) | Unknown | Unknown | | 0.00 | Unknown |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $67,200.00 | $0.00 | $0.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

negotiations with Effingham County proceeding slowly - potential issue regarding third party rights to funds owed - discovery completed - expect to have resolution of issues before end of year

RE PROP #      11    --    sbout $40,000 held by Effingham County for utility/water/sewer hookup on developed properties; additional properties could generate up to $400,000 in add'l fees from the county

Initial Projected Date of Final Report (TFR): 06/30/2016          Current Projected Date of Final Report (TFR): 03/31/2017

Trustee Signature:     /s/ Benjamin R. Roach, Trustee          Date: 07/11/2016

Benjamin R. Roach, Trustee
423 Bull Street
Savannah, GA 31401
(912) 236-0480